# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2025-2231
5D2025-2233
5D2025-2234
L.T. Case Nos. 2023-CF-001059-A
2023-CF-001061-A
2024-CF-001244-A

_____

CHRISTINE MARIE LACKEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Pavloff Hatcher, Judge.

Matthew J. Metz, Public Defender, and Ali Lee Hansen,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee
Danielle Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

April 21, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____